UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARVIN S. TAYLOR, DDS
PROFESSIONAL CORPORATION,

      Plaintiff,

v.

UNITED STATES,

      Defendant.
_____/

Case No. 22-mc-51141
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: September 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 20, 2022, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126